**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOSEPH CHRISTIAN HERRING,**

    Plaintiff,

vs.                                       Case No. 4:13cv72-RH/CAS

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    Defendants.

                              /

## REPORT AND RECOMMENDATION

On February 19, 2013, Plaintiff initiated this case by submitting a lengthy complaint, doc. 1, and a motion for leave to proceed in forma pauperis, doc. 2. It was noted that just a few days earlier, a virtually identical case was removed to this Court from state court. Case number 4:13cv68 was initiated in state court in July 2012, and removed to this Court on February 15, 2013. In that case, Defendants had already been served with process and, pursuant to an Order entered on March 7, 2013, Plaintiff was ordered to file an amended complaint. Doc. 6 of that case.

Upon review of this case, an Order was entered to Plaintiff on March 7, 2013, advising him that two identical cases may not be simultaneously litigated. Doc. 6. As a

courtesy to Plaintiff, he was provided an opportunity to voluntarily dismiss this duplicative case. *Id.* Plaintiff was given until **March 29, 2013**, in which to "file a notice of voluntary dismissal or submit a complaint that does not duplicate a pending case." *Id.* Plaintiff was further advised that if he failed to comply with that Order, "the in forma pauperis motion, doc. 2, now pending will be ruled upon and this case will proceed in the ordinary course." Doc. 6. Plaintiff did not voluntarily dismiss this second case, nor did he submit another complaint; instead, Plaintiff filed a successive in forma pauperis motion, doc. 7. In a separate Order entered this day, Plaintiff has been granted leave to proceed in forma pauperis.

This case, however, cannot proceed any further as it would merely be duplicative of case number 4:13cv68-RH/CAS. Plaintiff has an avenue in which to present his claims, but that avenue is limited to one case at a time when the case is based on the same issues and facts. Because case number 4:13cv68 has already proceeded farther than this case, it is recommended that this case be dismissed as frivolous.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** as frivolous because it duplicates another case Plaintiff filed prior to this case, which is currently pending in this Court, and that the order adopting this report and recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**IN CHAMBERS** at Tallahassee, Florida, on April 2, 2013.

   S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:13cv72-RH/CAS

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**